65,555-20

Dr. Alex Melvin Wade, Jr.
Paralegal Specialist
Mark W. Stiles
3060 FM 3514
Beaumont, Texas
77705-7638

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta. Clerk

December 12th, 2015

The Honorable Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711-2308

        Ref.: Cause No.: WR-65,555-20, In Re: Alex Melvin Wade, Jr.,
              Petition for Writ of Mandamus(Copy of Docket Sheet in cause number
              1222385-D, from the online website, Chris Daniel, Clerk,
              Harris County, Texas)

Dear Mr. Acosta:
Enclosed herewith please find seven pages acquired from the online website
of Chris Daniel, Clerk, Harris County, Texas in cause number 1222385-D, out
of the 185th Judicial District Court, Harris County, Texas.

These seven pages clearly indicate the Clerk's docketing a habeas corpus
record that is completely different than the record the office of Devon
Anderson, District Attorney's Office transmitted and cause to be transmitted
to this court in the above entitled cause on or about November 11th, 2015.
The documents enclosed clearly show the habeas record transmitted at the be-
quest of the District Attorney's Office is less than a skelton file compared
to the pleading suppoted with newly discovered evidence, newly relevant
evidence and in support of the Relator's actual innocence claim.

Please have these documents attached to the other papers in the above entitled
cause and when the file is submitted to the Court for disposition on the
action before the court have available for the court's review.

I thank you very kindly for your attention in the handling of this matter.

Please provide with notification of your receipt of the documents as in your
normal manner.

I await your reply.

Sincerely,

Dr. Alex Melvin Wade, Jr.
Pro Se

        cc: Devon Anderson, District Attorney

## APPEALS
No Appeals found.

## BONDS
No Bonds found.

## PAYMENT PLAN
No Payment Plan found.

## SETTINGS
No Settings found.

## BOOKINGS
No Bookings found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 2/24/2014 |
| Case (Cause) Status | Inactive |
| Offense | THEFT >=$100,000 <$200,000 |
| Last Instrument Filed | Post Conviction Writ |
| Case Disposition | TEMP- |
| Case Completion Date | 1/1/0001 |
| Defendant Status | JAIL |
| Bond Amount | $0.00 |
| Next/Last Setting Date | |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | B / M | Height/Weight | 6'02 / 135 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | DBR | Build | SKN |
| DOB | 6/18/1949 | In Custody | N |
| US Citizen | YES | Place Of Birth | |
| Address | | 734 DARONE CT SPRING TX77386 | |
| Markings | | | |

### COURT DETAILS

| | |
|---|---|
| Court | 185th |
| Address | 1201 Franklin (Floor: 17) Houston, TX 77002 Phone:7137556362 |
| JudgeName | Susan Brown |
| Court Type | Criminal |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| | | ** NOTE: CHECK FOR POST CONVICTION WRIT CASES ** | |
| 12/03/2015 | WRIT EVENT | APPLICANT'S FINDINGS FILED | 989 |
| 12/04/2015 | WRIT EVENT | PCW-MAILED TO CCA | 990 |

| | | | |
|---|---|---|---|
| 11/10/2015 | WRIT EVENT | ORDER TO FORWARD TO CCA | 991 |
| 11/05/2015 | WRIT EVENT | RESPONDENT'S FINDINGS FILE | 992 |
| 11/05/2015 | WRIT EVENT | ANSWER FILED BY RESPONDENT | 993 |
| 03/26/2014 | WRIT EVENT | SUPPLEMENTAL PCW FILED | 994 |
| 03/12/2014 | WRIT EVENT | ORDER DESIGNATING ISSUES F | 995 |
| 03/12/2014 | WRIT EVENT | ORDER NOT TO FORWARD TO CC | 996 |
| 02/24/2014 | WRIT EVENT | COURT FINDINGS DUE | 997 |
| 03/31/2014 | NEXT WRIT EVENT | FIND OF FACT/CONC OF LAW-D | 997 |
| 02/24/2014 | WRIT EVENT | D A ACKNOWLEDGE RECEIPT OF | 998 |
| 03/11/2014 | NEXT WRIT EVENT | RESPONDENTS ANSWER DUE | 998 |
| 02/24/2014 | WRIT EVENT | APPLICATION FOR PCW FILED | 999 |
| 11/23/2015 | MOTIONS | APP DECLARATION SUPP | 977 |
| 11/23/2015 | MOTIONS | FILED CFI 185 | |
| 11/23/2015 | MOTIONS | APP OBJ & RESP 2 ROA | 978 |
| 11/23/2015 | MOTIONS | FILED CFI 185 | |
| 11/10/2015 | MOTIONS | APP LTR CCA SUPP REC | 979 |
| 11/10/2015 | MOTIONS | FILED CFI 185 | |
| 10/26/2015 | MOTIONS | P/S WRIT OF MANDAMUS | 980 |
| 10/26/2015 | MOTIONS | FILED CFI 185 | |
| 07/15/2015 | MOTIONS | APP MEM BRIEF GRNT B | 981 |
| 07/15/2015 | MOTIONS | FILED CFI 185 | |
| 06/23/2015 | MOTIONS | APP RELEA RECOG BOND | 982 |
| 06/23/2015 | MOTIONS | FILED CFI 185 | |
| 06/02/2015 | MOTIONS | APP MEM/REQ EVID HEA | 983 |
| 06/02/2015 | MOTIONS | FILED CFI 185 | |
| 06/01/2015 | MOTIONS | PROSE LETTER | 984 |
| 06/01/2015 | MOTIONS | FILED CFI 185 | |
| 05/18/2015 | MOTIONS | APP AMENDED MEMORAND | 985 |
| 05/18/2015 | MOTIONS | FILED CFI 185 | |
| 08/29/2014 | MOTIONS | APP EXHIBITS U,T & V | 986 |
| 08/29/2014 | MOTIONS | FILED CFI 185 | |
| 07/28/2014 | MOTIONS | APPLC TESTIMONIALS | 987 |
| 07/28/2014 | MOTIONS | FILED CFI 185 | |
| 07/24/2014 | MOTIONS | APP MEMOR BRIEF | 988 |
| 07/24/2014 | MOTIONS | FILED CFI 185 | |
| 07/02/2014 | MOTIONS | APPL MEMORANDUM BRF | 989 |
| 07/02/2014 | MOTIONS | FILED CFI 185 | |
| 06/20/2014 | MOTIONS | APPL AMND MEMORANDUM | 990 |
| 06/20/2014 | MOTIONS | FILED CFI 185 | |
| 05/14/2014 | MOTIONS | SUPP MEM BRIEF REQ H | 991 |
| 05/14/2014 | MOTIONS | FILED CFI 185 | |
| 05/09/2014 | MOTIONS | MEM BRIEF SUPP INNOC | 992 |

| Date | Type | Description | |
|---|---|---|---|
| 05/09/2014 | MOTIONS | FILED CFI 185 | |
| 04/21/2014 | MOTIONS | APP MEMORANDUM BRIEF | 993 |
| 04/21/2014 | MOTIONS | FILED CFI 185 | |
| 04/15/2014 | MOTIONS | APP MEMORANDUM BRIEF | 994 |
| 04/15/2014 | MOTIONS | FILED CFI 185 | |
| 04/09/2014 | MOTIONS | MEMORANDUM BRIEF | 995 |
| 04/09/2014 | MOTIONS | FILED CFI 185 | |
| 03/26/2014 | MOTIONS | APP MEM SUPP ISS #5 | 996 |
| 03/26/2014 | MOTIONS | FILED CFI 185 | |
| 03/26/2014 | MOTIONS | AMEND UNRESOLV ISSUE | 997 |
| 03/26/2014 | MOTIONS | FILED CFI 185 | |
| 03/21/2014 | MOTIONS | MEMORANDUM SUPP UNRE | 998 |
| 03/21/2014 | MOTIONS | FILED CFI 185 | |
| 03/11/2014 | MOTIONS | REQ DES OF ISSUE | 999 |
| 03/11/2014 | MOTIONS | FILED CFI 185 | |
| 11/10/2015 | ORDER | STATE PROP FIND FACT/ | 995 |
| 11/10/2015 | OFFENSE | THEFT >=$100,000 <$200,000 LEVEL F2 | |
| 11/04/2015 | ORDER | WRIT OF MANDAMUS FROM CCA | 996 |
| 11/04/2015 | OFFENSE | THEFT >=$100,000 <$200,000 LEVEL F2 | |
| 06/25/2015 | ORDER | RELEAS APP RECOG BOND-DENIE | 997 |
| 06/25/2015 | OFFENSE | THEFT >=$100,000 <$200,000 LEVEL F2 | |
| 06/02/2015 | ORDER | APP MEMO/REQ EVID HEAR DENI | 998 |
| 06/02/2015 | OFFENSE | THEFT >=$100,000 <$200,000 LEVEL F2 | |
| 03/12/2014 | ORDER | STATE PROP ORD DES ISSUE | 999 |
| 03/12/2014 | OFFENSE | THEFT >=$100,000 <$200,000 LEVEL F2 | |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX227015G | BOPP | | $0.00 | PAROLE VIO | 11/6/2008 | 11/10/2008 |
| TX227015G | BOPP | 02161691 | $0.00 | PAROLE VIOLATION | 11/6/2008 | 3/2/2010 |
| TX227015G | BOPP | 02161691 | $0.00 | PAROLE VIOLATION | 7/27/2007 | 9/4/2008 |
| | TDC/LOPEZ STATE JAIL | 729136 | $0.00 | BENCH WARRANT | 1/19/2000 | 2/24/2000 |
| | TDC-LYNAUGH UNIT | 729136 | $0.00 | BENCH WARRANT | 12/9/1998 | 2/18/1999 |
| | TDC GARZA WEST UNIT | 0729136 | $0.00 | BENCH WARRANT | 9/4/1997 | 11/7/1997 |
| TDC | DC | | $0.00 | BENCH WARRANT/SERVING 20 YRS | 9/4/1997 | 9/4/1997 |
| TXUSM0200 | US MARSHALL | 0F25914 | $0.00 | FEDERAL PRISONER | 2/9/1990 | 5/24/1990 |
| TXUSM0200 | FEDERAL PRIOSNER | 0F24017 | $0.00 | FEDERAL PRISONER | 5/27/1989 | 9/13/1989 |
| TXUSM0200 | US MARSHAL | | $0.00 | FEDERAL PRISONER | 2/10/1989 | 5/3/1989 |

# CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 07291360101I-3Complete(C) | WADE, ALEX MELVIN | 9/8/2015 | | 179 | Disposed(D) | Disposed (DISP) 11/11/2015 | | FORGERY GOVT FINANCIAL INST (F) | |
| 07291360101H-3Complete(C) | WADE, ALEX MELVIN | 7/31/2015 | | 179 | Disposed(D) | Disposed (DISP) 11/11/2015 | | FORGERY GOVT FINANCIAL INST (F) | |
| 07291360101G-3Complete(C) | WADE, ALEX MELVIN | 12/10/2014 | | 179 | Disposed(D) | Disposed (DISP) 6/24/2015 | | FORGERY GOVT FINANCIAL INST (F) | |
| 07291360101F-3Complete(C) | WADE, ALEX MELVIN | 7/31/2014 | | 179 | Disposed(D) | Disposed (DISP) 10/15/2014 | | FORGERY GOVT FINANCIAL INST (F) | |
| 12223850101D-3Inactive(I) | WADE, ALEX | 2/24/2014 | | 185 | JAIL(J) | Temporary (TEMP) | | THEFT >=$100,000 <$200,000 (F) | |
| 02858660101D-3Complete(C) | WADE, ALEX M. JR. | 10/31/2013 | | 180 | Disposed(D) | Disposed (DISP) 2/26/2014 | | THEFT-OVER $10000-VEH (F) | |
| 07291360101E-3Complete(C) | WADE, ALEX MELVIN | 10/18/2013 | | 179 | Disposed(D) | Disposed (DISP) 1/22/2014 | | FORGERY GOVT FINANCIAL INST (F) | |
| 12223850101C-3Complete(C) | WADE, ALEX | 10/16/2013 | | 185 | Disposed(D) | Disposed (DISP) 12/18/2013 | | THEFT >=$100,000 <$200,000 (F) | |
| 07291360101D-3Complete(C) | WADE, ALEX MELVIN | 8/1/2013 | | 179 | Disposed(D) | Disposed (DISP) 10/2/2013 | | FORGERY GOVT FINANCIAL INST (F) | |
| 12223850101B-3Complete(C) | WADE, ALEX | 6/27/2011 | | 185 | Disposed(D) | Disposed (DISP) 9/7/2011 | | THEFT >=$100,000 <$200,000 (F) | |
| 12223850101A-3Complete(C) | WADE, ALEX | 10/21/2010 | | 185 | Disposed(D) | Dismissed (DISM) 11/24/2010 | | THEFT >=$100,000 <$200,000 (F) | |
| 122238501010-3Complete(C) | WADE, ALEX | 6/30/2009 | 7/1/2009 | 185 | Disposed(D) | Disposed (DISP) 2/3/2010 | $25,000.00 | ATTEMPT THEFT OVER $200K (F) | 2/3/2010 |
| 122166201010-3Dismissed(D) | WADE, ALEX | 6/24/2009 | | 185 | Disposed(D) | Dismissed (DISM) 12/17/2009 | $25,000.00 | WRIT OF HAB CORP (F) | 12/17/2009 |
| 122166301010-3Dismissed(D) | WADE, ALEX | 6/24/2009 | | 185 | Disposed(D) | Dismissed (DISM) 12/17/2009 | $25,000.00 | WRIT OF HAB CORP (F) | 12/17/2009 |
| 07291360101C-3Complete(C) | WADE, ALEX MELVIN | 3/12/2009 | | 179 | Disposed(D) | Disposed (DISP) 4/29/2009 | | FORGERY GOVT FINANCIAL INST (F) | |
| 120630801010-3Dismissed(D) | WADE, ALEX | 3/6/2009 | 3/6/2009 | 185 | Disposed(D) | Dismissed (DISM) 2/3/2010 | $25,000.00 | THEFT >=$100,000 <$200,000 (F) | 2/3/2010 |
| 11168620101A-5Complete(C) | WADE, ALEX | 10/28/2008 | | 185 | Disposed(D) | 2/17/2009 | $15,000.00 | | |
| 11168610101A-5Complete(C) | WADE, ALEX | 10/28/2008 | | 185 | Disposed(D) | 2/17/2009 | $15,000.00 | | |
| 07291360101B-3Complete(C) | WADE, ALEX MELVIN | 5/21/2008 | | 179 | Disposed(D) | Disposed (DISP) 2/25/2009 | | FORGERY GOVT FINANCIAL INST (F) | |
| | WADE, ALEX | | | 185 | Disposed(D) | | $25,000.00 | FORGERY (F) | 2/3/2010 |

| Case Number | Name | Dates | Court | Status | Disposition | Bond | Offense | Date |
|---|---|---|---|---|---|---|---|---|
| 111686201010-3Dismissed(D) | | 5/15/2007 \| 11/6/2008 | | | Dismissed (DISM) 2/3/2010 | | | |
| 111686101010-3Dismissed(D) | WADE, ALEX | 5/15/2007 \| 11/6/2008 | 185 | Disposed(D) | Dismissed (DISM) 2/3/2010 | $25,000.00 | FORGERY (F) | 2/3/2010 |
| 07291360101A-3Complete(C) | WADE, ALEX MELVIN | 7/19/2006 \| | 179 | Disposed(D) | Disposed (DISP) 11/1/2006 | | FORGERY GOVT FINANCIAL INST (F) | |
| 94266670101B-5Complete(C) | WADE, ALEX MERVIN | 9/24/1996 \| | 179 | Disposed(D) | 2/25/1997 | $150,000.00 | | |
| 072913601010-3Complete(C) | WADE, ALEX MELVIN | 8/1/1996 \| 1/19/2000 | 179 | Disposed(D) | Disposed (DISP) 4/30/1997 | | FORGERY GOVT FINANCIAL INST (F) | 1/20/2000 |
| 072520501010-3Dismissed(D) | WADE, ALEX MELVIN | 6/13/1996 \| | 179 | Disposed(D) | Dismissed (DISM) 6/24/1996 | $150,000.00 | WRIT OF HAB CORP (F) | 6/24/1996 |
| 94266670101A-5Complete(C) | WADE, ALEX MERVIN | 10/16/1995 \| | 179 | Disposed(D) | 5/23/1997 | $75,000.00 | | |
| 934367801010-2Dismissed(D) | WADE, ALEX | 10/27/1993 \| | 7 | Disposed(D) | Dismissed (DISM) 1/31/1994 | $152.00 | CUT CORNER (M) | 1/31/1994 |
| 067288401010-3Dismissed(D) | WADE, ALEX | 8/25/1993 \| | 179 | Disposed(D) | Dismissed (DISM) 8/31/1993 | | WRIT OF HAB CORP (F) | 8/31/1993 |
| 02858660101C-3Complete(C) | WADE, ALEX M. JR. | 11/25/1987 \| | 180 | Disposed(D) | Disposed (DISP) 4/13/1988 | | THEFT-OVER $10000-VEH (F) | |
| 02858660101B-3Complete(C) | WADE, ALEX M. JR. | 7/7/1982 \| | 180 | Disposed(D) | Disposed (DISP) 1/5/1983 | | THEFT-OVER $10000-VEH (F) | |
| 02858660101A-3Complete(C) | WADE, ALEX M. JR. | 1/11/1980 \| | 180 | Disposed(D) | Disposed (DISP) 3/12/1980 | | THEFT-OVER $10000-VEH (F) | |
| 029527401010-3Dismissed(D) | WADE, ALEX M. JR. | 4/19/1979 \| 4/26/1979 | 178 | Disposed(D) | Dismissed (DISM) 6/7/1979 | $25,000.00 | FORGE CHECK (F) | 7/7/1999 |
| 029077201010-3Dismissed(D) | WADE, ALEX M. JR. | 2/9/1979 \| | 178 | Disposed(D) | Dismissed (DISM) 2/16/1979 | $5,000.00 | THEFT-$200-10000-VEH (F) | 1/1/1999 |
| 028675801010-3Complete(C) | WADE, ALEX M | 10/27/1978 \| 10/27/1978 | 178 | Disposed(D) | Disposed (DISP) 11/2/1978 | $50,000.00 | WRIT OF HAB CORP (F) | 11/2/1978 |
| 028708901010-3Dismissed(D) | WADE, ALEX M. JR. | 10/20/1978 \| 3/19/1979 | 178 | Disposed(D) | Dismissed (DISM) 4/4/1979 | $40,000.00 | THEFT-$200-10000-STOL PROP (F) | 8/8/1999 |
| 028586601030-3Dismissed(D) | WADE, ALEX M. JR. | 10/9/1978 \| 10/12/1978 | 180 | Disposed(D) | Dismissed (DISM) 12/18/1979 | | THEFT-OVER $10000-VEH (F) | 12/18/1979 |
| 028655001010-3Complete(C) | WADE, ALEX M | 10/2/1978 \| 10/2/1978 | 178 | Disposed(D) | Disposed (DISP) 10/12/1978 | | WRIT OF HAB CORP (F) | 10/12/1978 |
| 028586601020-3Dismissed(D) | WADE, ALEX M. JR. | 9/25/1978 \| 10/12/1978 | 180 | Disposed(D) | Dismissed (DISM) 12/18/1979 | | THEFT-OVER $10000-VEH (F) | 12/18/1979 |
| 028586601010-3Complete(C) | WADE, ALEX M. JR. | 9/25/1978 \| 10/12/1978 | 180 | Disposed(D) | Disposed (DISP) 1/23/1979 | | THEFT-OVER $10000-VEH (F) | 9/9/1999 |
| 028381401010-3Dismissed(D) | WADE, ALEXNADER MELVIN | 8/22/1978 \| 3/19/1979 | 178 | Disposed(D) | Dismissed (DISM) 4/4/1979 | $10,000.00 | FORGE CHECK (F) | 8/8/1999 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04454440101A-4Complete(C) | WADE, ALEX M | 12/8/1977 | 7 | Disposed(D) | | $400.00 | | |
| 027148001010-3Dismissed(D) | WADE, ALEXANDER M. | 10/31/1977 4/28/1978 | 178 | Disposed(D) | Dismissed (DISM) 8/24/1978 | $25,000.00 | PASS FORGED CHECK (F) | 8/24/1978 |
| 025810501010-3Complete(C) | WADE, ALEX M | 1/20/1977 | 178 | Disposed(D) | Found Not Guilty (NOTG) 8/19/1977 | $30,000.00 | THEFT-$200-10000-STOL PROP (F) | 8/16/1977 |
| 025810601010-3Dismissed(D) | WADE, ALEX | 1/20/1977 3/19/1979 | 178 | Disposed(D) | Dismissed (DISM) 4/4/1979 | $2,000.00 | THEFT-$200-10000 (F) | 8/8/1999 |
| 025259901010-3Dismissed(D) | WADE, ALEX M | 9/23/1976 | 178 | Disposed(D) | Dismissed (DISM) 2/22/1977 | $1,000.00 | THEFT-$200-10000 (F) | 2/22/1977 |
| 024147801010-3Dismissed(D) | WADE, ALEX M | 2/10/1976 | 178 | Disposed(D) | Dismissed (DISM) 2/22/1977 | $3,000.00 | THEFT-$200-10000-VEH (F) | 2/22/1977 |
| 023991901010-3Dismissed(D) | WADE, ALEX M | 12/19/1975 | 178 | Disposed(D) | Dismissed (DISM) 2/19/1976 | | THEFT-$200-10000-VEH (F) | |
| 044544401010-2Dismissed(D) | WADE, ALEX M | 12/16/1975 5/3/1978 | 7 | Disposed(D) | Dismissed (DISM) 6/9/1978 | $5,000.00 | POSS MARIJUANA 0-2 0Z (M) | 6/9/1978 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| WADE, ALEX | DEFENDANT - CRIMINAL | | 00037150 |

## INACTIVE PARTIES

No inactive parties found.

## RELATED CASES

| Case (Cause) Number | Style | Filed | Court | Offense |
|---|---|---|---|---|
| 122238501010 | The State of Texas vs. WADE, ALEX | 6/30/2009 | 185 | ATTEMPT THEFT OVER $200K |
| 12223850101A | The State of Texas vs. WADE, ALEX | 10/21/2010 | 185 | THEFT >=$100,000 <$200,000 |
| 12223850101B | The State of Texas vs. WADE, ALEX | 6/27/2011 | 185 | THEFT >=$100,000 <$200,000 |
| 12223850101C | The State of Texas vs. WADE, ALEX | 10/16/2013 | 185 | THEFT >=$100,000 <$200,000 |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| WADE, ALEX | | B | M | 6/18/1949 | 00037150 |
| WADE, ALEX JR. | | B | M | 6/18/1949 | 00037150 |
| WADE, ALEX M. JR. | | B | M | 6/18/1949 | 00037150 |
| WADE, ALEX MELVIN | | B | M | 6/18/1949 | 00037150 |
| WADE, ALEX MELVIN JR. | | B | M | 6/18/1949 | 00037150 |
| WADE, ALEX MERVIN | Yes | B | M | 6/18/1949 | 00037150 |
| WADE, ALEXNADER MELVIN | | B | M | 6/18/1949 | 00037150 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 67997625 | PCW - FINDS OF FACT & ORDER and/ or CONCLUSIONS OF LAW | | 11/10/2015 | 5 |
| 63763908 | ENVELOPE | | 12/15/2014 | 1 |
| 63763901 | EXHIBIT A | | 12/15/2014 | 2 |
| 63763903 | EXHIBIT E | | 12/15/2014 | 2 |
| 63763905 | EXHIBIT Z | | 12/15/2014 | 3 |
| 67795495 | THE COURT HAS THIS DAY ISSUED AN ORDER FOR THE ABOVE REFERENCED CAUSE. | | 11/05/2015 | 1 |
| 67833643 | PCW - WRIT OF HABEAS CORPUS | | 11/05/2015 | 2 |
| 66045973 | PCW - WRIT OF HABEAS CORPUS | | 06/25/2015 | 13 |
| 65928357 | PCW - MOTION REQUESTING | | 06/02/2015 | 10 |
| 60199862 | PCW - DESIGNATING ISSUE - FILING AFFIDAVITS | | 03/12/2014 | 6 |
| 63763902 | EXHIBIT A - STATES PROPOSED ORDER DESIGNATING ISSUE | | 12/15/2014 | 2 |
| 63763904 | EXHIBIT F | | 12/15/2014 | 2 |
| 63763906 | EXHIBIT I | | 12/15/2014 | 1 |